# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: BROWN, IAN SCOTT § Case No. 11-37221-HRT
BROWN, MELANIE MEADOWS §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. Stephen Peters, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $21,331.55          Assets Exempt:  $15,401.55
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,925.32          Claims Discharged
                                                    Without Payment: $61,462.72

Total Expenses of Administration: $1,408.89

---

3) Total gross receipts of $ 5,334.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,334.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,524.07 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,408.89 | 1,408.89 | 1,408.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,172.11 | 54,296.51 | 54,296.51 | 3,925.32 |
| **TOTAL DISBURSEMENTS** | $59,696.18 | $55,705.40 | $55,705.40 | $5,334.21 |

4) This case was originally filed under Chapter 7 on November 21, 2011. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2013          By: /s/M. Stephen Peters, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account with Wells Fargo Bank | 1129-000 | 50.00 |
| Savings Account Wells Fargo Bank | 1129-000 | 10.00 |
| 2011 TAX REFUNDS | 1224-000 | 5,109.00 |
| NON EX WAGES | 1229-000 | 165.00 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | **$5,334.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Dealer Services | 4110-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Financial | 4110-000 | 3,224.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,524.07** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. Stephen Peters, Trustee | 2100-000 | N/A | 1,283.42 | 1,283.42 | 1,283.42 |
| M. Stephen Peters, Trustee | 2200-000 | N/A | 45.85 | 45.85 | 45.85 |
| BANK OF AMERICA | 2600-000 | N/A | 6.73 | 6.73 | 6.73 |
| BANK OF AMERICA | 2600-000 | N/A | 6.33 | 6.33 | 6.33 |
| BANK OF AMERICA | 2600-000 | N/A | 6.98 | 6.98 | 6.98 |
| BANK OF AMERICA | 2600-000 | N/A | 6.75 | 6.75 | 6.75 |
| Bank of America | 2600-000 | N/A | 2.83 | 2.83 | 2.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,408.89 | $1,408.89 | $1,408.89 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nelnet | 7100-000 | 1,106.00 | 911.75 | 911.75 | 65.92 |
| 2 | RCS Recovery Services LLC | 7100-000 | 36,022.58 | 45,223.22 | 45,223.22 | 3,269.37 |
| 3 | PHARIA L.L.C. | 7100-000 | 4,848.00 | 4,942.66 | 4,942.66 | 357.33 |
| 4 | New The Medical Center | 7100-000 | unknown | 1,061.97 | 1,061.97 | 76.77 |
| 5 | New The Medical Center | 7100-000 | 2,239.00 | 1,416.61 | 1,416.61 | 102.41 |
| 6 | New The Medical Center | 7100-000 | 338.00 | 364.95 | 364.95 | 26.38 |
| 7 | Capital One, N.A. | 7100-000 | 527.00 | 375.35 | 375.35 | 27.14 |
| NOTFILED | Federal Loan Servicing | 7100-000 | 3,035.00 | N/A | N/A | 0.00 |
| NOTFILED | Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Of Aurora | 7100-000 | 3,168.53 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 4,888.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$56,172.11** | **$54,296.51** | **$54,296.51** | **$3,925.32** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37221-HRT  
**Case Name:** BROWN, IAN SCOTT  
BROWN, MELANIE MEADOWS  
**Period Ending:** 04/13/13

**Trustee:** (260020) M. Stephen Peters, Trustee  
**Filed (f) or Converted (c):** 11/21/11 (f)  
**§341(a) Meeting Date:** 12/16/11  
**Claims Bar Date:** 04/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account with Wells Fargo Bank | 230.00 | 50.00 | | 50.00 | FA |
| 2 | Savings Account Wells Fargo Bank | 0.00 | 10.00 | | 10.00 | FA |
| 3 | Couch, Loveseat, Dining Room Table and Chairs, M | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Laptop Computer | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Misc hand tools | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Nintendo Wii | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Playstation 3 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | TV | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Washer/Dryer | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Jewelry | 1,300.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) Retirement Plan | 2,901.55 | 0.00 | | 0.00 | FA |
| 14 | Unvested Stocks<br>    TRUSTEE BELIEVES ASSET OF NO VALUE BECAUSE DEBTOR'S RIGHT TO STOCK NOT VESTED, SO WILL BE ABANDONED UNDER 11 USC 554C | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 Chevy Malibu LS Sedan 4D 81,000 miles, fair | 6,405.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Chevy Cobalt SD 43,811 Miles, Good Conditio | 6,500.00 | 0.00 | | 0.00 | FA |
| 17 | Cat<br>    TRUSTEE BELIEVES ASSET OF NO VALUE AFTER ACCOUNTING FOR COSTS OF SALE, SO WILL BE ABANDONED UNDER 11 USC 554C | 25.00 | 0.00 | | 0.00 | FA |
| 18 | 2011 TAX REFUNDS (u) | 0.00 | 5,109.00 | | 5,109.00 | FA |
| 19 | NON EX WAGES (u) | 0.00 | 165.00 | | 165.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.21 | FA |
| 20 | Assets    Totals (Excluding unknown values) | $21,561.55 | $5,334.00 | | $5,334.21 | $0.00 |

Printed: 04/13/2013 01:01 PM    V.13.13

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-37221-HRT
**Case Name:** BROWN, IAN SCOTT
BROWN, MELANIE MEADOWS
**Period Ending:** 04/13/13

**Trustee:** (260020) M. Stephen Peters, Trustee
**Filed (f) or Converted (c):** 11/21/11 (f)
**§341(a) Meeting Date:** 12/16/11
**Claims Bar Date:** 04/20/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    11/26/12 REVIEWED

**Initial Projected Date Of Final Report (TFR):** January 15, 2013     **Current Projected Date Of Final Report (TFR):** November 27, 2012 (Actual)

Printed: 04/13/2013 01:01 PM     V.13.13

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-37221-HRT
**Case Name:** BROWN, IAN SCOTT
BROWN, MELANIE MEADOWS
**Taxpayer ID #:** **-***8624
**Period Ending:** 04/13/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** BANK OF AMERICA
**Account:** ********56 - Money Market Account
**Blanket Bond:** $84,384,262.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/21/12 | | INTERNAL REVENUE SERVICE | TAX REFUND/ BANK ACCT/ | | | 5,168.00 | | 5,168.00 |
| | {1} | | BANK ACCT | 50.00 | 1129-000 | | | 5,168.00 |
| | {2} | | BANK ACCT | 10.00 | 1129-000 | | | 5,168.00 |
| | {18} | | TAX REFUND | 5,108.00 | 1224-000 | | | 5,168.00 |
| 04/30/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | | 1270-000 | 0.01 | | 5,168.01 |
| 05/03/12 | | DEBTOR | TAX REF/ WAGES | | | 166.00 | | 5,334.01 |
| | {18} | | TAX REF | 1.00 | 1224-000 | | | 5,334.01 |
| | {19} | | WAGES | 165.00 | 1229-000 | | | 5,334.01 |
| 05/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.04 | | 5,334.05 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 6.73 | 5,327.32 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.04 | | 5,327.36 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 6.33 | 5,321.03 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.05 | | 5,321.08 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 6.98 | 5,314.10 |
| 08/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.05 | | 5,314.15 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | | 2600-000 | | 6.75 | 5,307.40 |
| 09/14/12 | Int | Bank of America | Interest Earned | | 1270-000 | 0.02 | | 5,307.42 |
| 09/14/12 | | Bank of America | Bank and Technology Services Fees | | 2600-000 | | 2.83 | 5,304.59 |
| 09/14/12 | | Bank of America | Transfer to The Bank of New York Mellon | | 9999-000 | | 5,304.59 | 0.00 |

| | ACCOUNT TOTALS | 5,334.21 | 5,334.21 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 5,304.59 | |
| | Subtotal | 5,334.21 | 29.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$5,334.21** | **$29.62** | |

{} Asset reference(s)

Printed: 04/13/2013 01:01 PM  V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-37221-HRT
**Case Name:** BROWN, IAN SCOTT
BROWN, MELANIE MEADOWS
**Taxpayer ID #:** **-***8624
**Period Ending:** 04/13/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******22-66 - Checking Account
**Blanket Bond:** $84,384,262.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 5,304.59 | | 5,304.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,279.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,254.59 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026002088 20121213 | 9999-000 | | 5,254.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,304.59 | 5,304.59 | $0.00 |
| | | | Less: Bank Transfers | | 5,304.59 | 5,254.59 | |
| | | | **Subtotal** | | 0.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$50.00** | |

{} Asset reference(s)

Printed: 04/13/2013 01:01 PM   V.13.13

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-37221-HRT | Trustee: | M. Stephen Peters, Trustee (260020) |
| --- | --- | --- | --- |
| Case Name: | BROWN, IAN SCOTT | Bank Name: | Rabobank, N.A. |
| | BROWN, MELANIE MEADOWS | Account: | ****374866 - Checking Account |
| Taxpayer ID #: | **-***8624 | Blanket Bond: | $84,384,262.00  (per case limit) |
| Period Ending: | 04/13/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,254.59 | | 5,254.59 |
| 02/25/13 | 10101 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $1,283.42, Trustee Compensation;  Reference: | 2100-000 | | 1,283.42 | 3,971.17 |
| 02/25/13 | 10102 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $45.85, Trustee Expenses;  Reference: | 2200-000 | | 45.85 | 3,925.32 |
| 02/25/13 | 10103 | Nelnet | Dividend paid   7.22% on $911.75; Claim# 1; Filed: $911.75; Reference: 1466 | 7100-000 | | 65.92 | 3,859.40 |
| 02/25/13 | 10104 | RCS Recovery Services LLC | Dividend paid   7.22% on $45,223.22; Claim# 2; Filed: $45,223.22; Reference: 1466 | 7100-000 | | 3,269.37 | 590.03 |
| 02/25/13 | 10105 | PHARIA L.L.C. | Dividend paid   7.22% on $4,942.66; Claim# 3; Filed: $4,942.66; Reference: 5355 | 7100-000 | | 357.33 | 232.70 |
| 02/25/13 | 10106 | New The Medical Center | Dividend paid   7.22% on $1,061.97; Claim# 4; Filed: $1,061.97; Reference: 5310 | 7100-000 | | 76.77 | 155.93 |
| 02/25/13 | 10107 | New The Medical Center | Dividend paid   7.22% on $1,416.61; Claim# 5; Filed: $1,416.61; Reference: 0842 | 7100-000 | | 102.41 | 53.52 |
| 02/25/13 | 10108 | New The Medical Center | Dividend paid   7.22% on $364.95; Claim# 6; Filed: $364.95; Reference: 0019 | 7100-000 | | 26.38 | 27.14 |
| 02/25/13 | 10109 | Capital One, N.A. | Dividend paid   7.22% on $375.35; Claim# 7; Filed: $375.35; Reference: 7796 | 7100-000 | | 27.14 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 5,254.59 | 5,254.59 | $0.00 |
| Less: Bank Transfers | | 5,254.59 | 0.00 | |
| Subtotal | | 0.00 | 5,254.59 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,254.59 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ********56 | 5,334.21 | 29.62 | 0.00 |
| Checking # 9200-******22-66 | 0.00 | 50.00 | 0.00 |
| Checking # ****374866 | 0.00 | 5,254.59 | 0.00 |
| | $5,334.21 | $5,334.21 | $0.00 |

{} Asset reference(s)

Printed: 04/13/2013 01:01 PM    V.13.13